UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Kevin P. Feeley

    v.                              Civil No. 07-cv-402-PB

US Attorney's Office
 – District of New Hampshire


**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $4.70 is due no later than January 20, 2008. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the Northern NH Correctional Facility when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                          /s/ James R. Muirhead
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: December 18, 2007

cc:   Kevin P. Feeley, pro se
       Bonnie S. Reed, Financial Administrator
       Northern NH Correctional Facility, Inmate Accounts