**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


<u>Kevin P. Feeley</u>

    v.                                       Civil No. 07-cv-402-PB

<u>US Attorney's Office
 – District of New Hampshire</u>


**<u>O R D E R</u>**

Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $4.70 is due no later than January 20, 2008.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the Northern NH Correctional Facility when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: December 18, 2007

cc:   Kevin P. Feeley, pro se
       Bonnie S. Reed, Financial Administrator
       Northern NH Correctional Facility, Inmate Accounts